AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Wayne H. Norman,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-201,

Titlemax Holdings, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/27/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

| 6/27/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Crescott*
(By) Deputy Clerk

GAS Rev 10/1/03